DIETER *et al. v.* RAGSDALE *et al.*

SIMMONS, C. J.  1. It was error to dismiss an appeal from a justice's court to the superior court because the magistrate did not send up with the appeal papers a certificate or other evidence that the costs had been paid.  *Gibson* v. *Cook*, 116 *Ga.* 817.

2. Where such an appeal is entered and a bond given as prescribed by the code, there is no law requiring that such bond be approved by the justice of the peace. Civil Code, § 4458. If the bond is not sufficient, the adverse party may except to the security and have the bond strengthened or the appeal dismissed. Ibid. § 5632.

3. Where in the body of the appeal bond it is recited that the appellant came

"within the time allowed by law" and entered his appeal, and the record shows nothing to the contrary, the appeal will be held to be in time. *Kimbrough* v. *Pitts*, 63 *Ga.* 496.

*Judgment reversed. All the Justices concur.*

Submitted May 23, — Decided June 9, 1904.

Appeal. Before Judge Gober. Cherokee superior court. August term, 1903.

*J. S. DuPre* and *P. P. DuPre*, for plaintiff in error.
*George I. Teasley,* contra.

